# Exhibit E

Call Us Today! 561-697-2443

Home  Photo Gallery  Testimonials  Blog  Contact Us

ASPHALT PAVING  SPORTS COURTS  EXCAVATION  LASER GRADING  REQUEST QUOTE



### Railroad Crossings

Big D Paving is one of the leading contractors for multiple railroad lines; paving their crossings.

DID YOU KNOW? Big D has averaged 2 crossings a week for the past 25+ years!

# Asphalt Paving Company in West Palm Beach

## Palm Beach County Paving & Excavating Contractor



### Serving South Florida & The Treasure Coast

Big D Paving is Palm Beach County's premier asphalt paving company providing paving, pavement management, specialty concrete, excavation and laser grading services. Our paving company serves residential, commercial and industrial customers throughout South Florida and the Treasure Coast. Our asphalt paving experts also offer maintenance, resurfacing, repairs, patching and sealing. We work with contractors, municipalities, school districts, shopping plazas, HOA communities, and homeowners. Completed paving projects include parking lots, driveways, roadways, playgrounds and railroad crossings.

We offer new construction and resurfacing services for residential, commercial and municipal customers. We also specialize in constructing outdoor sports courts such as tennis, basketball, and pickleball. We also build athletic fields like softball, baseball, football and running tracks.

## Call 561-697-2443 for Your Free Estimate

## Asphalt Paving

Trust us with all your asphalt pavement and specialty concrete needs. With over 50 years of paving experience, we are committed to providing top-notch results at a fair and competitive price.

Learn More »

## Sports Court Surfaces

Creating high-quality sports surfaces begins with the experts at Big D Paving. We are dedicated to the quality construction and durability of your tennis court, football field or running track.

Learn More »

## Land Excavation

With a wide range of excavating services, we can help you with new construction, demolition, grading and land clearing. Our equipment operators are skilled and experienced earthmovers.

Learn More »

## Laser Grading

We use the latest laser grading equipment for the smoothest finish grades possible. Our in-house precision grading services ensure each job we complete is up to our high standards.

Learn More »

# Licensed Asphalt Contractor In South Florida

**Big D Paving is a full-service asphalt paving and blacktop maintenance company.**

Since 1972, we have offered high-quality paving and concrete installation. We also provide excavating, laser grading, and athletic field and sports court construction to complement our paver services. We are based in West Palm Beach, granting us convenient access to cities and communities throughout Palm Beach County as well as Broward, Indian River, Martin and St. Lucie Counties. The Big D Paving experts take great pride in ensuring each project is completed on time and with the attention to detail we are known for.

## Trust Our Experienced Paving & Grading Company

No matter what size construction project you have, Big D Paving has the experience, equipment and manpower to get it done. We've built a solid reputation for delivering high-quality workmanship on time. Our attention to detail and commitment to quality ensures you'll receive a superior asphalt surface that will last for years and provide an excellent return on your investment.

When we started Big D Paving, we made three promises to ourselves, which we also extended to our customers. Over the years, our commitment to those promises has enabled us to become a premier provider of asphalt and excavation services.

- **We Maintain the Highest Quality Standards** – We do not compromise quality due to time or budget constraints. We own and operate the best equipment to deliver the best work on schedule.
- **We Never Waver in Our Commitment to Service** – If you have a problem, we'll solve it. If we say we'll do something, we do it. We'll take care of everything to get a job done right, so you don't have to worry about it.
- **Our Pricing Will Always Be Competitive** – We are not price gougers. We give you a fair price every time—without exception.

As a result of these promises, large general contractors repeatedly turn to our company for their paving needs. Commercial property owners depend on us to help with their ongoing repair and




maintenance challenges.

Call Big D today at 561-697-2443—we promise you'll be glad you did.



---

### RAILROAD CROSSING PAVING CONTRACTOR

*Are you looking for a railroad crossing paving specialist?* Big D Paving has averaged two railroad crossings per week for over 25 years. That's a lot of railroad crossing paving! As a select contractor for railroad paving projects, we have the experience necessary to get the job done right! Call Big D today!

   

## Our Awards



#### 2020 Distinguished Outdoor Pickleball Facility

*Presented to: PGA Village Verano Pickleball Center, Port Saint Lucie, FL*

#### 2020 Distinguished Outdoor Tennis Facility

*Presented to: Miami Open Tennis Facility at the Miami Dolphins Hard Rock Stadium Miami Gardens, FL*

#### Tennis Industry Magazine

*Distinguished Facility-of-the-Year Award*

#### West Palm Beach Award Program

*Paving Contractor - Best of 2021 in West Palm Beach*

  

#### 2014 Distinguished Outdoor Tennis Facility

*Parkland Golf & Country Club Parkland, FL*

#### 2014 Distinguished Outdoor Tennis Facility

*Presented to: Mino Park Boca Raton, FL*

#### 2014 Distinguished Residential Tennis Facility

*Private Residence Palm Beach County*

## NEWS FROM OUR BLOG





**OUR SERVICES**

Asphalt Paving

Sports Courts

Excavation

Laser Grading

Request Quote

**FOLLOW US**

Since 1972 our customers have been counting on Big D Paving for all of their asphalt paving, tennis court construction and laser grading in West Palm Beach, South Florida and the Treasure Coast.

Copyright 2021 © Big D Paving, LLC | All Rights Reserved | Privacy Policy




Call Us Today! 561-697-2443

Home | Photo Gallery | Testimonials | Blog | Contact Us

ASPHALT PAVING | SPORTS COURTS | EXCAVATION | LASER GRADING | REQUEST QUOTE



Sporting Courts Asphalt Paving

# Sports Court Asphalt Paving

## West Palm Beach Sports Paved Surfaces

### Sports Courts Resurfacing, Repairs & Installation

Big D Paving is an asphalt paving outdoor sports court and athletic field contractor located in West Palm Beach, FL. We serve residential, municipal, and commercial clients throughout Florida and the Bahamas. We specialize in designing and installing new activity asphalt surfaces, such as tennis courts, outdoor basketball courts and baseball fields. We also offer maintenance and resurfacing services to keep your sporting fields and courts looking their best.

We have over 50 years of experience in asphalt paving of new courts construction and resurfacing services. Big D Paving is one of South Florida's best tennis court construction companies. We build courts from the ground up, ensuring that with proper care and maintenance, your investment will withstand years of use, extreme weather and the effects of the sun.



### CALL FOR A FREE QUOTE

We are ready and waiting to serve you. Call us today to speak with one of our friendly representatives to discuss your project and provide a free quote.

CALL NOW



**Tennis Courts**



**Basketball Courts**



Running Tracks



Bike & Cart Paths

# Call 561-697-2443 for Your Free Estimate

## Blacktop Sport Courts Construction Company

For decades, we have provided sport court blacktop construction for private homes, school districts, municipalities, subdivisions, resorts and hotels. From at-home basketball courts to resort-quality tennis courts and everything in between, we provide a full suite of services, including site evaluation, design, excavation, site preparation and laser grading. The result is a smooth, attractive, safe playing surface that lasts years.

Our experienced team builds and resurfaces the following types of sporting areas:

- Tennis Courts
- Basketball Courts
- Pickleball Courts
- Shuffleboard Courts

- Multi-Sport Courts
- Running Tracks
- Baseball Fields
- Softball Fields

- Football Fields
- Soccer Fields
- Playground Areas
- Bike & Cart Paths

## Asphalt Applications for Sports Courts and Facilities

After building a high-quality activity court, regular care is necessary to maintain an attractive and safe surface. Over time, all play surfaces can show signs of aging, such as fading, cracking, crumbling and holes. Without correct maintenance or resurfacing, cracks can lead to puddling and holes. If left unmaintained, water intrusion will eventually damage your surface beyond repair, leaving demolition and rebuilding your only option. Ensure your court's safety, longevity and durability with proper care and resurfacing from Big D Paving.

## Residential Outdoor Athletic Court Builders

Does your family love sports? Play tennis, basketball, or pickleball in your backyard. Your rising star athlete can hone their skills at home even when practice isn't in session. Big D Paving can design and install an outdoor asphalt athletic court for your residential property. If you already have a private paved court needing repairs or resurfacing, we can create a maintenance plan to extend its life.

## Commercial Sport Court Flooring Builders

Improve your park, school, resort or rec center with a brand-new outdoor asphalt sports court from Big D Paving. Whether you need a tennis, basketball or multi-sports court, we'll design and construct a court that compliments your existing

space. Our asphalt paving construction background allows us to complete all work in-house, including excavation, site development, laser grading and court installation.

## Level the Playing Field with Laser Grading

Laser grading is essential whether you are building a new athletics field or renovating an existing one. Using state-of-the-art laser-guided equipment, Big D Paving creates accurate and consistent grades on all ball fields. Our grading services prevent puddling, soft spots, holes and lips, especially in heavy-use areas. A laser-smooth playing surface increases playability and safety while reducing the risk of injury to players. Routine maintenance of your baseball and softball fields reduces or eliminates the need to add clay and ensures proper drainage.

## Palm Beach County Sports Court Construction Contractor

### Call 561-697-2443 Today for Your Free Estimate

Whether you need new court or athletic field construction, Big D Paving delivers outdoor activity surfaces at competitive prices. If you need repairs, resurfacing or maintenance grading, we will handle your service with care and professionalism, no matter how big or small the asphalt paving job.

Contact our knowledgeable aprofessionals at 561-697-2443 to get your asphalt sports court project started today.

**NEWS FROM OUR BLOG**





OUR SERVICES

Asphalt Paving

Sports Courts

Excavation

Laser Grading

FOLLOW US

Since 1972 our customers have been counting on Big D Paving for all of their asphalt paving, tennis court construction and laser grading in West Palm

Beach, South Florida and the Treasure Coast.

Request Quote

Copyright 2021 © Big D Paving, LLC | All Rights Reserved | Privacy Policy






## Asphalt Paving

# Asphalt Paving & Repairs

## West Palm Beach Paving Company

### Residential & Commercial Pavement Installation

Big D Paving is a full-service asphalt paving contractor located in West Palm Beach, FL. Our paving crew specializes in all pavement services, from overlays to asphalt repair. We serve residential, municipal, and commercial clients throughout South Florida and the Treasure Coast. With over 50 years of experience, we adhere to the most proven asphalt construction techniques ensuring the best results. We regularly coordinate with other trades to complete construction projects with rigid schedules.

Our asphalt paving experts offer pavement maintenance services, including resurfacing and repairs. Asphalt construction projects include parking lots, walkways, cart paths, roadways and sports courts. We regularly work with property management companies, subdivisions, contractors, municipalities and homeowners.



### CALL FOR A FREE QUOTE

We are ready and waiting to serve you. Call us today to speak with one of our friendly representatives to discuss your project and provide a free quote.

**CALL NOW**

---

## Call 561-697-2443 for Your Free Estimate

---

### Professional Asphalt & Blacktop Maintenance Company

Preventative asphalt maintenance is crucial to keep your pavement in good condition for user safety and appearance. Over time, traffic and Florida's unrelenting weather can cause asphalt to break down, creating holes and cracks to appear. Without professional attention, your asphalt will continue to deteriorate, making it unsightly and unsafe for drivers and pedestrians. To optimize the safety and longevity of your pavement, we offer the following:

- Pavement Overlay
- Resurfacing
- Asphalt Repair
- Crack Sealing
- Sealcoating
- Asphalt Milling

- Maintenance
- Patching
- Complete Replacement

## Why Choose Asphalt Paving?

You should choose hot mixed asphalt because it is the most reliable product for roadways, pathways and driveways. Asphalt is a weather-resistant, durable and affordable option when a safe surface is needed. Adequately installed to grade, it will drain effectively and eliminate standing water. Asphalt is also environmentally friendly as it can be recycled over and over. Fresh-laid asphalt looks attractive and professional and can last decades with proper maintenance.

## Concrete Installation Services

Big D Paving provides specialty concrete construction and flatwork for areas better suited for concrete rather than asphalt. When concrete is deemed the better option, our experienced contractors offer the construction of curbs, gutters, French drains, catch basins, sidewalks and dumpster pads.

- Parking Lots
- Driveways
- Roads
- Sidewalks
- Sports Courts
- Railroad Crossings

## Palm Beach County Paving Construction Contractor

### Call 561-697-2443 Today for Your Free Estimate

When you need new pavement installed or have asphalt requiring repairs, Big D Paving delivers pavement solutions at competitive prices. One call to us covers all of your asphalt needs! Our pavement experts will visit your site and complete a thorough evaluation. We will then determine the plan of action for your project.

We are committed to completing your pavement project on time and to your specific needs. If you want a free consultation and quote, please call us at 561-697-2443.

**NEWS FROM OUR BLOG**





