AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Connor Sport Court International, LLC,

*Plaintiff(s)*

v.

Big "D" Paving Company, Inc.,

*Defendant(s)*

Civil Action No. 9:25-cv-80387-RLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Big "D" Paving Company, Inc.
c/o Registered Agent - Richard T. South
711 Hummingbird Way
#201
North Palm Beach, Florida 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph W. Bain
Shutts & Bowen LLP
1100 City Place Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 25, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts